# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CORTEZ STRICTLAND, <br><br> Petitioner, <br><br> v. <br><br> WARDEN SCOTT YOUNG, <br><br> Respondent. | Civil Action <br> No. 18-8983 (RBK) <br><br> **MEMORANDUM AND ORDER** |

Petitioner is a federal prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On May 15, 2018, the Court administratively terminated the habeas petition because Petitioner did not pay the filing fee or submit an application to proceed *in forma pauperis*. (*See* ECF No. 2). The Court gave Petitioner thirty days to either pay the filing fee or submit an *in forma pauperis* application. (*See id.*). The Court received Petitioner's application to proceed *in forma pauperis* on June 4, 2018. (*See* ECF No. 3). Therefore, the Clerk will be ordered to reopen this case.

The certification and account statement submitted by Petitioner indicates that the greatest amount on deposit in his prisoner account during the six-month period prior to the date of filing was $231.35. (*See* ECF No. 3 at p. 6). Additionally, Petitioner received deposits totaling $1,133.00 during the prior six months. (*See id.* at p. 9). Under Local Civil Rule 81.2(c), a petitioner is not eligible to proceed *in forma pauperis* if his prison account exceeds $200. Petitioner must therefore pay the $5.00 filing fee.

Accordingly, IT IS this __12th__ day of **June, 2018**,

**ORDERED** that the Clerk of the Court shall **reopen** this matter for the consideration of Petitioner's application to proceed *in forma pauperis* (ECF No. 3); and it is further

**ORDERED** that Petitioner's application to proceed *in forma pauperis* (ECF No. 3) is **DENIED** pursuant to Local Civ. R. 81,2(c); and it is further

**ORDERED** that the Clerk of the Court shall **administratively terminate** the petition pending submission of the filing fee; and it is further

**ORDERED** that the Clerk shall serve this order on Petitioner by regular U.S. mail.

    s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge